**George R. CAVENDISH, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

No. 05–3350.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2005.

George R. Cavendish, pro se.

ORDER

*Official Caption[1]*

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

---

1. Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.